IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE YELLEN,

    Petitioner,                      No. CIV S-01-2398 MCE GGH P

    vs.

DIANE BUTLER,

    Respondents.

_____/

JEFFREY BIGGS,

    Petitioner,                      No. CIV S-04-1169 FCD GGH P

    vs.

GRAY DAVIS, et al.,

    Respondents.

_____/

NOEL VALDIVIA,

    Petitioner,                      No. CIV S-05-0416 FCD DAD P

    vs.

JILL BROWN, et al.,                      NON-RELATED CASE ORDER

    Respondents.

_____/

1 | The court has received the Notice of Related Cases concerning the above-
2 | captioned cases filed March 2, 2005.  See Local Rule 83-123, E.D. Cal.  The court has
3 | determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines
4 | to do so.  This order is issued for informational purposes only and shall have no effect on the
5 | status of the
6 | cases.
7 | DATED: 5/2/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
yel.rel