1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10                              SACRAMENTO DIVISION
11
12   NOEL VALDIVIA, SR.,                    No. CIV. S-05-0416 FCD DAD P
13                Petitioner,               **ORDER**
14          v.
15   JILL BROWN, et al.,
16                Respondents.
17
18          FOR GOOD CAUSE SHOWN, Respondents are hereby GRANTED an extension
19   of time, to and including June 15, 2005, to file a response to the petition for writ of habeas
20   corpus.
21   DATED: May 24, 2005.
22
23                                          _____
                                            DALE A. DROZD
24   DAD:4                                  UNITED STATES MAGISTRATE JUDGE
     vald0416.eot
25
26
27
28