IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL VALDIVIA, SR.,

    Petitioner,                        No. CIV S-05-0416 ALA HC

    vs.

JILL BROWN, et al.,

    Respondents.                   ORDER

_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed multiple requests for this court to take judicial notice. The court requests Respondents file a response to Petitioner's filings prior to issuing a ruling.

    In accordance with the above, IT IS HEREBY ORDERED that Respondents shall file a response to Petitioner's requests for judicial notice within twenty-one (21) days from the date of this order.

DATED: November 9, 2007

                                                   /s/ Arthur L. Alarcón
                                                   UNITED STATES CIRCUIT JUDGE
                                                   Sitting by Designation