IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL VALDIVIA, SR.,

    Petitioner,                    No. CIV S-05-0416 ALA HC

    vs.

JILL BROWN, et al.,

    Respondents.          <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed multiple requests for this court to take judicial notice. On November 15, 2007, Respondents filed a response opposing Petitioner's requests. After review, the court denies Petitioner's requests for judicial notice.

        IT IS SO ORDERED.

/////

DATED: November 19, 2007

                                      <u>/s/ Arthur L. Alarcón</u>
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation