IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL VALDIVIA, SR.,

    Petitioner,                    No. CIV S-05-0416 ALA HC

    vs.

JILL BROWN, et al.,

    Respondents.                <u>ORDER</u>

_____/

      Petitioner Noel Valdivia is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 9, 2007, this court ordered Respondents to file a response to Petitioner's request for judicial notice.  On November 20, 2007, this court issued its ruling and denied Petitioner's request.  On November 28, 2007, Petitioner filed a request that this court shorten the time Respondents were given to respond to the court's order.  As the court has already issued its ruling, Petitioner's request is moot and will be denied.

      In accordance with the above, IT IS HEREBY ORDERED that Respondents November 19, 2007, request to shorten Respondent's response time is DENIED as moot.

DATED: November 29, 2007                     /s/ Arthur L. Alarcón
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation