IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL VALDIVIA, SR.,

      Petitioner,                  No. 2:05-CV-00416 ALA HC

      vs.

JILL BROWN, et al.,

      Respondents.          <u>ORDER</u>

      Pending before the Court is "Respondent's Application for a Stay of the Court's March 14, 2008 Order Granting the Petition for Writ of Habeas Corpus" (doc. 49) and Respondent's "Renewed Request for Expedited Ruling on Stay Filed on March 18, 2008" (doc. 52).

      We grant Respondent's request for expedited ruling (doc. 52). Respondent has failed to identify any reason as to why its appeal is likely to succeed. Therefore, IT IS ORDERED DENYING Respondent's application for stay (doc. 49).

      Because we have already ruled on Respondent's application, no response is required. Therefore, our order that Petitioner file a response to Respondent's application for stay is VACATED.

/////

/////

1

1  /////

2  DATED: March 21, 2008

3  /s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
4  Sitting by Designation