IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL VALDIVIA, SR.,

    Petitioner,                    No. CIV S-05-0416 ALA HC

    vs.

JILL BROWN, et al.,

    Respondents.               <u>ORDER</u>

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a motion objecting to a newly scheduled parole hearing. This Court already ruled on this matter, and the case is now before the Ninth Circuit Court of Appeals.

      Therefore, IT IS HEREBY ORDERED that Petitioner's motion, filed March 26, 2008, regarding the newly scheduled parole hearing, is denied.

DATED: April 8, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation