DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Petitioner
NOEL VALDIVIA, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL VALDIVIA, SR., | No. CIV S-05-0416 FCD DAD |
| Petitioner, | **STIPULATION AND ORDER TERMINATING FEDERAL PRETRIAL SERVICES SUPERVISION** |
| v. | |
| JILL BROWN, Warden, et al., | Judge: Frank C. Damrell, Jr. |
| Respondents. | |

Whereas on June 25, 2010, this Court granted Petitioner's request to be released from Respondents' prison custody pending appeal, Docket entry no. 73;

Whereas on July 1, 2010, this Court granted the parties stipulated agreement that Petitioner be supervised by the United States Pretrial Services Office of the Eastern District of California, Docket entry no. 75;

Whereas the Respondents' appeal in this matter is now complete as the mandate spread on June 28, 2011. Docket entry no. 89;

Whereas the California Board of Parole Hearings on August 19, 2011, determined that Petitioner is suitable for parole and state parole authority has accepted and taken Petitioner under its parole supervision:

It is hereby stipulated between the Petitioner NOEL VALDIVIA, SR., and his attorney, the Office of the Federal Defender and its attorney, ANN C. M<sup>c</sup>CLINTOCK, Assistant

Federal Defender, and Respondents and their attorney Supervising Deputy Attorney General JENNIFER A. NEILL, that supervision of Petitioner by U.S. Pretrial Services is now longer needed and should be terminated.

Dated: August 22, 2011

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    *s/ Ann C. M<sup>c</sup>Clintock*
    ANN C. M<sup>c</sup>CLINTOCK
    Assistant Federal Defender

    Attorney for Petitioner
    NOEL VALDIVIA, SR.

Dated: August 22, 2011

    KAMALA D. HARRIS
    Attorney General

    *s/ Jennifer A. Neill*
    JENNIFER A. NEILL
    Supervising Deputy Attorney General

    Attorneys for Respondents

**O R D E R**

For good cause shown, IT IS THEREFORE ORDERED that supervision of Petitioner NOEL VALDIVIA, SR., by the United States Pretrial Services Office of the Eastern District of California is hereby terminated.

Dated: August 22, 2011

    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE